IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KEVIN JAMES KOHUTE | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv110 |
| FBI, CIA, DEA, and ATF. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Kevin James Kohute, proceeding *pro se*, filed this civil rights lawsuit. The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge. The magistrate judge submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b). A document sent to plaintiff was returned to the Court as undeliverable. Plaintiff failed to subsequently provide the Court with a new address. Eastern District of Texas Local Rule CV-11(d) requires *pro se* litigants to provide the Court with a physical address and advise the clerk in writing of any change of address.

The Court has received and considered the Report and Recommendation of the United States Magistrate Judge. A copy of the Report and Recommendation was mailed to the plaintiff at the address he provided to the court. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law contained in the Report of the magistrate judge are correct and the Report [Dkt. 7] is ADOPTED as the opinion of the Court.

A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 28th day of May, 2024.**

Michael J. Truncale
United States District Judge